1  OLIVIER A. TAILLIEU (SBN 206546)
    o@taillieulaw.com
2  RAFFI ZEROUNIAN (SBN 236388)
    rz@taillieulaw.com
3  THE TAILLIEU LAW FIRM LLP
    450 N. Roxbury Dr., Suite 700
4  Beverly Hills, California 90210
    Telephone: (310) 651-2440
5  Facsimile: (310) 651-2439

6  Attorneys for Plaintiff UNNI MENON

7

8           UNITED STATES DISTRICT COURT

9       CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10

11 UNNI MENON, an individual,           CASE NO. CV13-5688 AJW

12       Plaintiff,

13    v.                                 **COMPLAINT FOR COPYRIGHT INFRINGEMENT**

14 DIRTY WORLD, LLC, a Delaware          **JURY TRIAL DEMAND**
   Limited Liability Company and DOES
15 1-10,

16       Defendants.

17

18       Unni Menon ("Menon"), for his Complaint against Dirty World LLC
19 ("World"), and DOES 1 through 10 (collectively, "Defendants") alleges as follows:

20                    **JURISDICTION AND VENUE**

21

22    1.    This Court has subject matter jurisdiction pursuant to 17 U.S.C. § 501,
23 et seq. (copyright infringement) and 28 U.S.C. §§ 1331 (federal question
24 jurisdiction).

25    2.    This Court has personal jurisdiction over Defendants because, on
26 information and belief, they have conducted business in this judicial district,
27 advertise their products and/or services in this district, and the effects of those acts
28 have been felt in this judicial district.

3.  Venue is proper under 28 USC §1391 because a substantial part of the events or omissions giving rise to this action occurred in this judicial district and because Defendants reside in and/or may be found in this judicial district.

### PARTIES

4.  Plaintiff Menon is an individual citizen of California, County of Los Angeles. His principal place of business is 8555 Hollywood Blvd., Los Angeles, California 90069.

5.  On information and belief, World is a Delaware limited liability company with a principal place of business at 3411 Silverside Road, #104 Rodney Bldg., Wilmington, DE 19810.

6.  Plaintiff is presently ignorant of the true names and capacities of Defendants sued herein as Does 1-10 and therefore sues these Defendants by such fictitious names. Plaintiff will amend his complaint to allege these Defendants' true names and capacities when ascertained.

7.  At all times herein mentioned, each Defendant was the agent, employee, partner, joint venturer, aider and abettor, alter ego, and co-conspirator of or with each of the remaining Defendants, and in doing the things hereinafter alleged, was acting within the course and scope of such agency, employment, partnership, joint venture, and conspiracy, and each defendant directed, ratified and approved the acts of the remaining Defendants.

### GENERAL ALLEGATIONS

8.  Plaintiff, by way of transfer, is the owner of the material titled "I made it up."

9.  Plaintiff has applied for a United States copyright registration by submitting a complete application for said material to the Copyright Office on July 30, 2013 (App. # 1-971916511). Plaintiff is currently awaiting registration.

10. The material was originally published by the author on Defendants' website on June 25, 2013 pursuant to a non-exclusive license. There was no

consideration paid by Defendants for that license, and as such it was revocable at will.

11. On July 16, 2013, all rights to the material were transferred from the author to Plaintiff and all prior licenses were terminated, including the license to the Defendants.

12. Such revocation was communicated to Defendants on July 17, 2013. Yet, Defendants failed to respond or take any action to take the material down.

13. Plaintiff then followed the Defendants' listed steps to have the infringing material removed from its website pursuant to the Defendants' Digital Millennium Communication Act ("DMCA") policy.

14. To avail itself of any of the four safe harbors ("Safe Harbors") under the DMCA, Defendants must first satisfy certain threshold requirements. That is, they must be a "service provider" and they must adopt, reasonably implement and inform subscribers of a policy providing that it may, in appropriate circumstances, terminate the accounts of repeated infringers.

15. Further, the service provider is obliged to accommodate, and must not interfere with, "standard technical measures" used by copyright owners to identify or protect copyrighted works.

16. Once those threshold requirements are met, upon service of a proper notice under the DMCA, Defendants must act to remove infringing material in order to take advantage of the immunities afforded by the DMCA.

17. Defendant qualifies as a "Service Provider" under the DMCA.

18. Defendant has failed to take the other appropriate steps, however, to qualify for protection under the Safe Harbor provisions of the DMCA. For instance, Defendants failed to adopt, reasonably implement and inform subscribers of a policy providing that it may, in appropriate circumstances, terminate the accounts of repeat infringers.

19. Plaintiff nonetheless sent a proper notice under the DMCA requesting that the infringing material be taken down by Defendants. That notice was sent on July 17, 2013.

20. After proper notice, a service provider must act expeditiously to remove the identified content. As with the previous correspondence, however, Plaintiff's request was ignored and the material is still published on Defendants' website.

## FIRST CLAIM FOR RELIEF

### (For Copyright Infringement Under 17 U.S.C. § 101, *Et Seq.*)

21. Plaintiff realleges and incorporates by reference the allegations set forth in paragraphs 1 through 20 herein as if fully set forth.

22. Plaintiff owns all right, title and interest in the copyright to the material.

23. Plaintiff is informed and believes that Defendants, at the direction of Does 1 through 10, have exceeded the scope of their license to use the material by failing to remove said material when the license was revoked.

24. Plaintiff has suffered substantial actual damages as a result of Defendants' unauthorized and illegal use of such copyrighted materials. As a result of Defendants' wrongful actions, Plaintiff is entitled to damages in an amount to be proven at trial but on information and belief alleged to be in excess of $50,000 plus interest and attorneys' fees. Further, on information and belief, statutory damages are available in an amount up to $150,000 for each violation.

25. Defendants' unlawful conduct will continue to damage Plaintiff unless enjoined by this Court, and Plaintiff has no adequate remedy at law.

/ / /
/ / /
/ / /

COMPLAINT

# PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment as follows:

## ON THE FIRST CLAIM FOR RELIEF

1. That Defendants be adjudged to have infringed Plaintiff's copyright for the material.

2. That Defendants, and their agents, servants, employees, successors and assigns and all others in concert and privity with them, be preliminarily and permanently enjoined from unauthorized use of Plaintiff's copyrighted material.

3. That Plaintiff be awarded its lost profits and actual damages as against Defendants in an amount of at least $50,000 plus Defendants' profits, according to proof at trial, or statutory damages and enhanced damages for willful infringement pursuant to Plaintiff's election under 17 U.S.C. § 504, as well as Plainitff's costs of suit and reasonable attorney's fees, pursuant to 17 U.S.C. § 505.

4. That Defendants be ordered to provide an accounting of their profits.

5. That Defendants, and their agents, servants, employees, successors and assigns and all others in concert and privity with them ordered to destroy all copies of the material found to have been made or used in violation of Plaintiff's exclusive rights, pursuant to 17 U.S.C. § 503, and all derivative works made therefrom.

6. That Plaintiff be awarded interest on all amounts.

7. That Plaintiff be awarded costs of suit.

8. That Plaintiff be awarded reasonable attorneys' fees.

9. That Plaintiff be granted such other and further relief as the Court may deem just and proper.

///
///
///
///
///

COMPLAINT

1
2  Dated: August 6, 2013          Respectfully submitted:
3
                                  **THE TAILLIEU LAW FIRM LLP**
4                                 OLIVIER A. TAILLIEU
                                  RAFFI V. ZEROUNIAN
5
6
7                          By:    _____
8                                 Attorneys for UNNI MENON
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1 **DEMAND FOR JURY TRIAL**

2  Plaintiff hereby requests a trial by jury.

4  Dated: August 6, 2013              Respectfully submitted:

**THE TAILLIEU LAW FIRM LLP**
OLIVIER A. TAILLIEU
RAFFI V. ZEROUNIAN

By: _____
Attorneys for UNNI MENON

7

COMPLAINT

Name & Address: Olivier A. Taillieu (SBN 206546)
Raffi Zerounian (SBN 236388)
THE TAILLIEU LAW FIRM
450 N. Roxbury Drive, Suite 700
Beverly Hills, CA 90210
Telephone: (310) 651-2440

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNNI MENON, an individual,<br><br>                                         PLAINTIFF(S)<br>v.<br>DIRTY WORLD, LLC, a Delaware Limited Liability Company and DOES 1-10,<br><br>                                         DEFENDANT(S). | CASE NUMBER<br><br>**CV13- 5688 AJW**<br><br>SUMMONS |

TO:   **DEFENDANT(S):** DIRTY WORLD, LLC

   A lawsuit has been filed against you.

   Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, __Olivier Taillieu_____, whose address is __The Taillieu Law Firm, 450 N. Roxbury Drive, Suite 700, Beverly Hills, CA 90210_____.  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Dated:  AUG - 6 2013

Clerk, U.S. District Court

By: JULIE PRADO
   Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

---

CV-01A (10/11)                                           SUMMONS

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ )
UNNI MENON

**DEFENDANTS** ( Check box if you are representing yourself ☐ )
DIRTY WORLD, LLC

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Olivier A. Taillieu (SBN 206546) / Raffi V. Zerounian (236388)
THE TAILLIEU LAW FIRM LLP
450 N. Roxbury Drive, Suite 700, Beverly Hills, CA 90210
T: (310) 651-2440

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- ☐ 1. U.S. Government Plaintiff
- ☒ 3. Federal Question (U.S. Government Not a Party)
- ☐ 2. U.S. Government Defendant
- ☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only (Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
- ☒ 1. Original Proceeding
- ☐ 2. Removed from State Court
- ☐ 3. Remanded from Appellate Court
- ☐ 4. Reinstated or Reopened
- ☐ 5. Transferred from Another District (Specify)
- ☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check "Yes" only if demanded in complaint.)
**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No ☐ **MONEY DEMANDED IN COMPLAINT:** $ _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Copyright Infringement 17 USC Section 101;

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☒ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | **TORTS** | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **PERSONAL PROPERTY** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | ☐ 370 Other Fraud | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 371 Truth in Lending | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influ-enced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 380 Other Personal Property Damage | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 385 Property Damage Product Liability | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | **BANKRUPTCY** | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Com-modities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | ☐ 422 Appeal 28 USC 158 | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | | ☐ 350 Motor Vehicle | **CIVIL RIGHTS** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 440 Other Civil Rights | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 441 Voting | **LABOR** | |
| ☐ 896 Arbitration | ☐ 196 Franchise | ☐ 362 Personal Injury-Med Malpratice | ☐ 442 Employment | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | **REAL PROPERTY** | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Accomodations | ☐ 720 Labor/Mgmt. Relations | |
| | ☐ 210 Land Condemnation | ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 220 Foreclosure | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 446 American with Disabilities-Other | ☐ 751 Family and Medical Leave Act | |
| | ☐ 230 Rent Lease & Ejectment | | ☐ 448 Education | ☐ 790 Other Labor Litigation | |
| | | | | ☐ 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:** Case Number: **CV13- 5688**

AFTER COMPLETING PAGE 1 OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED ON PAGE 2.

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ NO ☐ YES

If yes, list case number(s):

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ NO ☐ YES

If yes, list case number(s):

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)
- ☐ A. Arise from the same or closely related transactions, happenings, or events; or
- ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
- ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- ☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.

☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.

☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**NOTE: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES | |

*Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** _/s/_ **DATE:** August 5, 2013

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |